Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 8 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

SHAWNDELL DAVIS,                    )   Case No. CV 02-074 HLH (JWJ)
                                    )
                   Petitioner,      )        ORDER
                                    )   (1) DISMISSING PETITION FOR
        vs.                         )   WRIT OF HABEAS CORPUS
                                    )   WITH LEAVE TO AMEND and
DON TAYLOR, Warden,                 )   (2) DENYING MOTION FOR STAY
                                    )   AND ABEYANCE
                   Respondent.      )
                                    )
_____    )

ENTERED ON ICMS

MAR - 4 2002

CV

## I. BACKGROUND

On January 29, 2002, petitioner Shawndell Davis, a state prisoner represented by counsel, filed four documents: (1) a form "Petition for Writ of Habeas Corpus by a Person in State Custody 28 U.S.C. § 2254" (hereinafter "Petition"); (2) another document entitled "Petition for Writ of Habeas Corpus by a Person in State Custody" (hereinafter "Petition, part 2"), which has a document entitled "Memorandum of Points and Authorities in Support of Petition [etc.] appended (hereinafter "Memo of Ps & As" or "MPA"); (3) a document entitled "Exhibit 'A' in Support of Petition for Writ of Habeas Corpus by a Person in State Custody" (hereinafter "Exhibit A" or "Ex A"); and (4) a document entitled "Motion to Hold

1   Federal Petition for Writ of Habeas Corpus by a Person in State Custody in

2   Abeyance" (hereinafter "Motion for Stay/Abeyance" or "MFSA").

3       Petitioner seeks relief from a 1998 conviction in the Riverside Superior Court

4   for, inter alia, attempted murder and robbery. (Petition, p. 2.) The instant Petition

5   presents three grounds for relief: (1) petitioner's Miranda rights were violated by the

6   admission at trial of statements taken from petitioner during an interrogation; (2)

7   admission of a co-defendant's "rap" song that inculpated petitioner was error and

8   prejudiced petitioner; and (3) the trial court violated petitioner's rights by failing to

9   instruct the jury on all the elements of premeditated murder and because the

10   conviction was based on a theory of "vicarious liability" that is not authorized by law.

11   (Petition, pp. 5-6.) Petitioner claims that all three grounds in the instant Petition

12   have been exhausted. (See MPA, pp. 1-2.)

13       Petitioner states that he pursued direct appeals in the California Court of

14   Appeal and the California Supreme Court. (Petition, p. 3.) Petitioner states that he

15   currently has a Petition for Writ of Habeas Corpus pending with the California

16   Supreme Court. (Petition, p. 4.) However, the Court notes that petitioner has

17   apparently not exhausted all of the claims presented in the instant Petition.

18   Petitioner states that "[c]laims 1 and 3 are currently before the California Supreme

19   Court which is why, by motion filed under separate cover with this Court, petitioner

20   seeks to keep this petition in abeyance pending the decision of the Court on the state

21   habeas corpus petition." (MFSA, p. 2, ll. 20-22.)

22       Petitioner's Motion for Stay/Abeyance requests that this Court "stay these

23   proceedings until such time [as] the California Supreme Court issues a ruling on

24   [petitioner's] currently pending state habeas corpus petitioner which was filed on

25   November 20, 2001 (Case no. S102414)." (MFSA, pp. 1-2.) Petitioner states that,

26   inter alia, he filed a Petition for Review with the California Supreme Court that was

27   denied on August 23, 2000. (MFSA, p. 3.) On November 20, 2001, petitioner filed

28   a Petition for Writ of Habeas Corpus with the California Supreme Court. (Id.)

-2-

1  Petitioner states that his state habeas application was filed one year and 89 days after

2  the denial of his Petition for Review and is pending at this time.  (Id.)  Petitioner

3  points out that if his state habeas application is granted, it may moot the instant

4  Petition.  (MFSA, pp. 4-5.)  If the state habeas application is denied, petitioner

5  would seek to amend the instant Petition to add the claim(s) exhausted in the state

6  habeas proceeding.  (MFSA, p. 5.)

7

8  ## II.  DISCUSSION

9  **A.     Standard of Review.**

10      The instant Petition is governed by the provisions of the Antiterrorism and

11  Effective Death Penalty Act of 1996 ("AEDPA") because the Petition was filed with

12  this Court after April 24, 1996, the effective date of the AEDPA.  Lindh v. Murphy,

13  521 U.S. 320, 326-27, 117 S. Ct. 2059, 2063, 138 L. Ed. 2d 481 (1997); Jeffries v.

14  Wood, 114 F.3d 1484, 1494 (9th Cir.) (en banc), cert. denied, 479 U.S. 922, 118

15  S.Ct. 586, 139 L. Ed. 2d 423 (1997).

16      Section 2254 of Title 28 of the United States Code states that "a district

17  court . . . shall entertain an application for a writ of habeas corpus . . . only on the

18  ground that [petitioner] is in custody in violation of the constitution or laws or

19  treaties of the United States."  28 U.S.C. § 2254(a).  In considering a Petition for

20  Writ of Habeas Corpus brought by a person in state custody pursuant to 28 U.S.C.

21  § 2254, "[t]he Federal Rules of Civil Procedure, to the extent they are not

22  inconsistent with these rules, may be applied, when appropriate, to petitions filed

23  under these rules."  Rules Governing Section 2254 Cases in the United States

24  District Courts, Rule 11.

25      Under 28 U.S.C. § 2243, it is the duty of this Court to screen out frivolous

26  habeas corpus applications and eliminate the burden that would be placed on the

27  respondent by ordering an unnecessary answer.  See Rules Governing Section 2254

28  Cases - Rule 4, Advisory Committee Notes, 1976 Adoption, citing Allen v. Perini,

-3-

1  424 F.2d 134, 141 (6th Cir. 1970).  A district court may enter an order for the

2  summary dismissal of a habeas petition if it plainly appears from the face of the

3  petition and any exhibits annexed to it that the petitioner is not entitled to relief in

4  the district court.  Rule 4, Rules Governing Section 2254 Cases; see also Hendricks v.

5  Vasquez, 908 F.2d 490, 491 (9th Cir. 1990).

6  　　　Although the court must liberally construe pro se habeas corpus petitions,

7  Haines v. Kerner, 404 U.S. 519, 520-21, 92 S. Ct. 594, 595-96, 30 L. Ed. 2d 236

8  (1972), reh'g denied, 405 U.S. 948 (1972), a petitioner must nonetheless state his

9  claims with sufficient specificity.  Hendricks v. Vasquez, 908 F.2d 490, 491-92 (9th

10  Cir.1990); Wacht v. Cardwell, 604 F.2d 1245, 1246-47 (9th Cir. 1979).  Conclusory

11  allegations in a habeas petition do not suffice to shift the burden to the state to

12  answer an order to show cause.  Allard v. Nelson, 423 F.2d 1216 (9th Cir. 1970).

13  "'[N]otice' pleading is not sufficient, for the petition is expected to state facts that

14  point to a 'real possibility of constitutional error.'"  See Rules Governing Section

15  2254 Cases - Rule 4, Advisory Committee Notes, 1976 Adoption, citing Aubut v.

16  State of Maine, 431 F.2d 688, 689 (1st Cir. 1970).  Where the petition is deficient,

17  however, the petitioner should be given leave to amend.  Jarvis v. Nelson, 440 F.2d

18  13, 14 (9th Cir. 1971); Ballard v. Nelson, 423 F.2d 71, 73 (9th Cir. 1970).

19

20  **B.**　**Exhaustion and Stay of "Mixed" Petition.**

21  　　　A prerequisite to obtaining federal habeas corpus relief is the exhaustion of

22  available state judicial remedies.  28 U.S.C. § 2254(b); Picard v. Connor, 404 U.S.

23  270, 275, 92 S. Ct. 509, 511, 30 L. Ed. 2d 438 (1971).  Federal courts are required

24  to give the states an initial opportunity to correct alleged violations of their prisoner's

25  federal rights.  Duncan v. Henry, 513 U.S. 364, 365-66, 115 S. Ct. 887, 887-88,

26  130 L. Ed. 2d 865 (1995).  Moreover, a federal court will not review a petition for

27  writ of habeas corpus unless it appears that the prisoner has exhausted available state

28  ///

1   remedies on <u>each and every</u> claim presented.  28 U.S.C. § 2254(b), (c); <u>Rose v.</u>

2   <u>Lundy</u> 455 U.S. 509, 522. 102 S. Ct. 1198, 1205, 71 L. Ed. 2d 379 (1982).

3        A petitioner has satisfied the exhaustion requirement if (1) he has "fairly

4   presented" his federal claim to the highest state court with jurisdiction to consider it;

5   <u>Anderson v. Harless</u>, 459 U.S. 4, 6, 103 S. Ct. 276, 277, 74 L. Ed. 2d 3 (1982);

6   <u>Picard</u>, 404 U.S. at 275; or (2) he demonstrates that no state remedy remains

7   available.  <u>Batchelor v. Cupp</u>, 693 F.2d 859, 862 (9th Cir.1982), <u>cert. denied</u>, 463

8   U.S. 1212, 103 S.Ct. 3547, 77 L. Ed. 2d 1395 (1983); <u>see</u> 28 U.S.C. § 2254(c).

9        The appropriate time to assess whether a prisoner has exhausted his state

10  remedies is when the federal habeas petition is filed.  <u>See</u> <u>Gatlin v. Madding</u>, 189

11  F.3d 882, 889 (9th Cir.) (<u>citing</u> <u>Brown v. Maass</u>, 11 F.3d 914, 915 (9th Cir. 1993)),

12  <u>cert. denied</u>, 120 S. Ct. 815 (2000).  Petitioner has the burden of pleading

13  exhaustion in his habeas petition.  <u>See</u> <u>Cartwright v. Cupp</u>, 650 F.2d 1103, 1104 (9th

14  Cir. 1981).

15       A district court must dismiss a "mixed" habeas petitions containing both

16  exhausted and unexhausted claims.  <u>Rose v. Lundy</u>, 455 U.S. at 522, 102 S. Ct. at

17  1205; <u>Calderon v. United States District Court (Gordon)</u>, 107 F.3d 756, 760 (9th

18  Cir.), <u>cert. denied</u>, 522 U.S. 907, 118 S. Ct. 265, 139 L. Ed. 2d 191 (1997).

19  However, where a petition is dismissed without prejudice for failure to exhaust state

20  remedies and was unadjudicated on its merits, a second or subsequent habeas

21  petition raising the claims raised in the first petition is not barred and may be filed

22  without prior permission from a court of appeals.  <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S.

23  473, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542, 2000 WL 478879 (publication pages

24  not available) (April 26, 2000); <u>In re Turner</u>, 101 F.3d 1323 (9th Cir. 1997).

25

26  **C.**    **The Petition Must Be Dismissed With Leave to Amend.**

27       Here, it is clear from petitioner's statements that he has not exhausted claims

28  1 and 3 in the instant Petition.  The fact that these claims are pending in the

-5-

1    California Supreme Court, where they have been presented for the first time, renders

2    the claims unexhausted.  See O'Sullivan v. Boerckel, 526 U.S. 838, 843, 119 S. Ct.

3    1728, 1732, 144 L. Ed. 2d 1 (1999) (state prisoners must complete available state

4    review process before satisfying exhaustion requirement).  Thus, because the instant

5    Petition contains exhausted and unexhausted claims, it is a "mixed" petition and

6    must be dismissed.  See Rose v. Lundy, 455 U.S. at 522, 102 S. Ct. at 1205;

7    Calderon v. United States District Court (Gordon), 107 F.3d at 760.  However, a

8    district court may, in its discretion, allow a petitioner to amend a mixed petition by

9    deleting unexhausted claim(s), hold the exhausted claim(s) contained in the amended

10   petition in abeyance until the unexhausted claim(s) are exhausted, and then allow the

11   petitioner to amend the stayed petition to add the now-exhausted claim(s).  See

12   James v. Pliler, 269 F.3d 1124, 1126-27 (9th Cir. 2001), citing Calderon v. United

13   States District Court (Taylor), 134 F.3d 981, 988 (9th Cir.) cert. denied, 525 U.S.

14   920, 119 S. Ct. 274, 142 L. Ed. 2d 226 (1998) and Anthony v. Cambra, 236 F.3d

15   568, 575 (9th Cir. 2000), cert. denied, — U.S. —, 121 S. Ct. 2576, 150 L. Ed. 2d 739

16   (2001).

17          Accordingly, the Court finds that petitioner must amend the instant Petition

18   to delete the unexhausted claims 1 and 3, and then re-submit an amended Petition to

19   the Court containing only the exhausted claim 2.  Petitioner may then move the

20   Court to stay the instant action and hold it in abeyance.  See Fetterly v. Paskett, 997

21   F.2d 1295, 1301-02 (9th Cir. 1993), cert. denied, 513 U.S. 914, 115 S. Ct. 290, 130

22   L. Ed. 2d 205 (1994) (court may only stay valid petition containing exhausted

23   claims).  Then, assuming the Court grants petitioner's motion for a stay of the fully-

24   exhausted, amended petition, following the termination of the pending California

25   Supreme Court habeas proceeding petitioner may move to amend the amended

26   ///

27

28

1    federal habeas petition to include the newly-exhausted claims from the state court.[1]

2    See James v. Pliler, 269 F.3d at 1126-27.

3

4

5                                          **ORDER**

6           Accordingly, for all of the foregoing reasons,

7    **IT IS HEREBY ORDERED AS FOLLOWS:**

8           (1)    The instant Petition is **dismissed with leave to amend** in light of the

9                  fact that it is a "mixed" petition containing both exhausted and

10                 unexhausted claims, see Rose v. Lundy 455 U.S. 509, 522. 102 S. Ct.

11                 1198, 1205, 71 L. Ed. 2d 379 (1982);

12          (2)    Petitioner's Motion for Stay/Abeyance is denied without prejudice at

13                 this time;

14          (3)    Petitioner may file an amended petition, as discussed more fully infra,

15                 containing only exhausted claims; and

16          (4)    Petitioner may file a Motion for Stay/Abeyance at the same time or after

17                 petitioner files a fully exhausted amended petitioner if petitioner seeks

18                 to have the court stay this action and hold the amended petition in

19                 abeyance.

20   ///

21   ///

22

23   _____

24          [1]    The Court notes that such a stay should be granted in exceptional cases only:
     the claims the petitioner seeks to pursue must be cognizable under § 2254; there must
25   be a likelihood of prejudice to the petitioner if the stay is not granted; and there must
     be no evidence that the motion for a stay is brought to delay, to vex, or to harass, or that
26   the request is an abuse of the writ. See Fetterly v. Paskett, 997 F.2d at 1301-02; see also
27   Greenawalt v. Stewart, 105 F.3d 1268, 1274 (9th Cir. 1997), cert. denied, 519 U.S.
     1102, 117 S. Ct. 794 (1997).
28

1    **IT IS FURTHER ORDERED** that petitioner shall have **twenty-one (21)**

2    **days from the date of this Order** to file a First Amended Petition for Writ of

3    Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("First

4    Amended Petition"), as discussed above.  The First Amended Petition must comply

5    with all the applicable provisions of the Prison Litigation Reform Act, Pub. L. No.

6    104-134, 110 Stat. 1321 (codified in Sections of Titles 18, 28 and 42 U.S.C.), the

7    Federal Rules of Civil Procedure, and the Local Rules for the Central District of

8    California.

9    The First Amended Petition must be labeled with the case number assigned to

10   this case and must be labeled "First Amended Petition."  In addition, petitioner is

11   informed that the Court cannot refer to a prior pleading in order to make petitioner's

12   First Amended Petition complete.  Local Rule 15-2 requires that an amended

13   pleading be complete in and of itself without reference to any prior pleading.  This is

14   because, as a general rule, an amended pleading supersedes the original pleading.  See

15   Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

16   Petitioner must use and complete the form "Petition for Writ of Habeas

17   Corpus by a Person in State Custody" supplied by the Court for the First Amended

18   Petition.  The First Amended Petition must comply with any and all instructions in

19   the form Petition.  In particular, petitioner must follow the instructions in the form

20   Petition to state specific facts, not conclusions, in support of his grounds.  (See form

21   Petition, p. 6.)  Furthermore, the Court will not refer to excessive attachments in

22   order to make the form Petition complete.  As instructed in the form Petition,

23   petitioner must "[s]tate concisely every ground on which you claim that you are

24   being held unlawfully.  Summarize briefly, the facts supporting each ground.  If

25   necessary, attach a SINGLE page only behind this page."

26   ///

27   ///

28

1    **IT IS FURTHER ORDERED** that if petitioner should elect to file a First

2    Amended Petition, the First Amended Petition must contain only exhausted claims.

3    See <u>Slack v. McDaniel</u>, 529 U.S. 473, 487, 120 S. Ct. 1595, 1606, 146 L. Ed. 2d

4    542 (April 26, 2000) (once petitioner is made aware of exhaustion requirement, no

5    reason exists for him not to exhaust all potential claims before returning to federal

6    court).  Any future petition for writ of habeas corpus filed with this Court which

7    contains unexhausted claims may be dismissed with prejudice for failure to comply

8    with this Court's order.  Federal Rule of Civil Procedure 41(b); <u>see also</u> <u>Slack v.</u>

9    <u>McDaniel</u>, 529 U.S. at 487, 120 S. Ct. at 1606.

10    Failure to file a First Amended Petition in accordance with this Order will

11    result in a recommendation that this action be dismissed without prejudice for failure

12    to prosecute and/or failure to comply with this Court's order.  <u>See</u> Fed. R. Civ. P.

13    41(b); Local Rules – Central District of California, Local Rule 41-1; <u>see also</u> <u>Link v.</u>

14    <u>Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962).[2]

15

16

17    DATED: _February 28, 2002_

18

19    JEFFREY W. JOHNSON
    United States Magistrate Judge

20

21

22

23

24

25

---

26    [2] This dismissal does not relieve petitioner from the duty of complying with the

27    statute of limitations set forth at 28 U.S.C. § 2244(d), as amended by the Antiterrorism
    and Effective Death Penalty Act of 1996, with respect to any future petitions for writ

28    of habeas corpus filed in this Court.

_____

Name

_____

Prison Identification/Booking No.

_____

ADDRESS or PLACE OF CONFINEMENT

Note:  It is your responsibility to notify the Clerk of
       Court in writing of any change of address.

Note:  If represented by an attorney; his name, address
       & telephone number.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_____

FULL NAME (Include name under which you were convicted)

                                        Petitioner,

              v.

CASE NO. CV_____

                    To be supplied by the Clerk of the
                    United States District Court

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(28 U.S.C § 2254)

PLACE/COUNTY OF CONVICTION_____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT
COURT (LIST BY CASE NUMBER)

_____

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR
AUTHORIZED PERSON having custody of petitioner
                                      Respondent.

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered.  If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:

1._____        A conviction.

2._____        A sentence.

3._____        Jail or prison conditions.

4._____        Prison discipline.

5._____        A parole problem.

6._____        Other.

PETITION

1. Venue

   a. Place of Detention_____

   b. Place of conviction_____

   c. Place sentenced_____

2. Conviction on which the petition is based ( a separate petition must be filed for each conviction being attacked).

   a. Nature of offense involved (include all counts)_____

   _____

   b. Penal or other code section or sections_____

   _____

   c. Case number_____

   d. Date of conviction_____

   e. Date of sentence_____

   f. Length of sentence on each count_____

   g. Plea (check one)

      (1) Not guilty (  )    (2) Guilty (  )      (3) Nolo Contendere   (  )

   h. Kind of trial (check one)

      (1)  Jury (  )   (2) Judge alone (  )    (3) Judge alone on transcript (  )

   j.  Did you testify at trial?   Yes (  )     No (  )

3. Did you appeal from the conviction of sentence?    Yes (  )  No (  )

4. If you did appeal, give the following information for each appeal

   a. (1) Name of Court_____

      (2) Result_____

      (3) Date of result_____

      (4) Citation or number of opinion_____

      (5)  Grounds raised (list each)

(a)_____

(b)_____

(c)_____

(d)_____

(e)_____

(f)_____

(g)_____

(1) Name of court_____

(2) Result _____

(3) Date of result _____

(4) Citation or number of opinion _____

(5) Grounds raised (list each): _____

      (a)_____

      (b)_____

      (c)_____

      (d)_____

      (e)_____

      (f)_____

      (g)_____

5. If you did not appeal:

  a. State your reasons_____

    _____

    _____

    _____

  b. Did you seek permission to file a late appeal?    Yes ( )        No ( )

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ( )    No ( )

7. If your answer to 6 was YES give the following information.

  a. (1) Name of court _____

    (2)  Nature of proceeding_____

    (3)  Grounds raised_____

    _____

    _____

    _____

    (4) Result_____

    (5) Date of result_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition..

_____

b.  (1)  Name of court_____

(2) Nature of proceeding_____

(3) Grounds raised_____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

_____

c.  (1) Name of court_____

(2) Nature of proceeding_____

(3) Grounds raised_____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

_____

8.  Was an evidentiary hearing held?    Yes ( )    No ( )

If so, state the name of the court, and the result_____

_____

_____

9.  If your answer to 6 was NO, explain briefly why you did not seek post-conviction relief in the state courts.

_____

_____

_____

CAUTION: *Exhaustion Requirement:* In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted as to some grounds, you  must first present all other grounds to the state court.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly, the facts supporting each ground.
    If necessary, attach a SINGLE page only behind this page.

   *CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

   a. Ground one_____

   _____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law)

   CAUTION: You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do).  A rule of thumb to follow is - who did exactly what to violate  your rights at what time or place.

   a. _____

   _____

   _____

   _____

   _____

   b. Ground two_____

   _____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law)._____

   _____

   _____

   _____

   _____

   _____

   c. Ground three_____

   _____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law)._____

   _____

   _____

   _____

   _____

   _____

   d. Ground Four _____

   _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law)._____

_____

_____

_____

_____

_____

_____

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented and give your reasons.

_____

_____

_____

_____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

   Yes ( )  No ( )

13. Are you presently represented by counsel?       Yes ( )   No ( )

   If so, name, address and telephone number_____

_____

   Case name and court _____

_____

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.


_____
          Signature of Attorney  (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
                      (Date)


_____
Signature of Petitioner

_____

(Petitioner)

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
**IN FORMA PAUPERIS**

_____

(Respondent[s])

I, _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes _____     No _____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or form of self-employment? | Yes____ | No____ |
   | b. | Rent payments, interest or dividends? | Yes____ | No____ |
   | c. | Pensions, annuities or life insurance payments? | Yes____ | No____ |
   | d. | Gifts or inheritances? | Yes____ | No____ |
   | e. | Any other sources? | Yes____ | No____ |

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash, or do you have money in a checking or savings account?   Yes____     No___
   (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned. _____

   _____

   _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes_____          No_____

If the answer is yes, describe the property and state its approximate value._____

_____

_____

5.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support._____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
                        (Date)

_____
                                              Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the

_____institution where he is confined.  I further

certify that Petitioner likewise has the following securities to his credit according to the records said institution:

_____

_____

_____

DATED_____   _____
                                                            Authorized Officer of Institution

_____
                                              Title of Officer

_____
Name

_____
Prison Identification/Booking No.

_____
ADDRESS or PLACE OF CONFINEMENT

Note:   It is your responsibility to notify the Clerk of
        Court in writing of any change of address.

Note:   If represented by an attorney; his name, address
        & telephone number.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

_____
FULL NAME (Include name under which you were convicted)

                                    Petitioner,



                    v.




_____
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR
AUTHORIZED PERSON having custody of petitioner
                                    Respondent.

CASE NO. CV_____
        To be supplied by the Clerk of the
        United States District Court



PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(28 U.S.C § 2254)

PLACE/COUNTY OF CONVICTION_____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT
COURT (LIST BY CASE NUMBER)

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where
the judgment was entered.  If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he
should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:

1._____   A conviction.

2._____   A sentence.

3._____   Jail or prison conditions.

4._____   Prison discipline.

5._____   A parole problem.

6._____   Other.

PETITION

1. Venue

   a. Place of Detention_____

   b. Place of conviction_____

   c. Place sentenced_____

2. Conviction on which the petition is based ( a separate petition must be filed for each conviction being attacked).

   a. Nature of offense involved (include all counts)_____

      _____

   b. Penal or other code section or sections_____

      _____

   c. Case number_____

   d. Date of conviction_____

   e. Date of sentence_____

   f. Length of sentence on each count_____

   g. Plea (check one)

      (1) Not guilty ( )    (2) Guilty ( )    (3) Nolo Contendere ( )

   h. Kind of trial (check one)

      (1) Jury ( )   (2) Judge alone ( )   (3) Judge alone on transcript ( )

   j. Did you testify at trial?  Yes ( )    No ( )

3. Did you appeal from the conviction of sentence?   Yes ( )  No ( )

4. If you did appeal, give the following information for each appeal

   a. (1) Name of Court_____

      (2) Result_____

      (3) Date of result_____

      (4) Citation or number of opinion_____

      (5) Grounds raised (list each)

(a)_____

(b)_____

(c)_____

(d)_____

(e)_____

(f)_____

(g)_____

(1) Name of court_____

(2) Result_____

(3) Date of result_____

(4) Citation or number of opinion _____

(5) Grounds raised (list each): _____

      (a)_____

      (b)_____

      (c)_____

      (d)_____

      (e)_____

      (f)_____

      (g)_____

5. If you did not appeal:

  a. State your reasons_____

     _____

     _____

     _____

  b. Did you seek permission to file a late appeal?   Yes ( )     No ( )

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes ( )  No ( )

7. If your answer to 6 was YES give the following information.

  a. (1) Name of court _____

     (2) Nature of proceeding_____

     (3) Grounds raised_____

     _____

     _____

     _____

     (4) Result_____

     (5) Date of result_____

(6) Citation or number of any written opinions or orders entered pursuant to each such disposition..

_____

b.  (1)  Name of court_____

    (2) Nature of proceeding_____

    (3) Grounds raised_____

    _____

    _____

    _____

    (4) Result _____

    (5) Date of result _____

    (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

    _____

c.  (1) Name of court_____

    (2) Nature of proceeding_____

    (3) Grounds raised_____

    _____

    _____

    (4) Result _____

    (5) Date of result _____

    (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

    _____

8.  Was an evidentiary hearing held?   Yes ( )   No ( )

    If so, state the name of the court, and the result_____

    _____

    _____

9.  If your answer to 6 was NO, explain briefly why you did not seek post-conviction relief in the state courts.

    _____

    _____

    _____

CAUTION: *Exhaustion Requirement:* In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted as to some grounds, you  must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly, the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law)

CAUTION: You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

a. _____

_____

_____

_____

_____

b. Ground two _____

_____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law). _____

_____

_____

_____

_____

_____

c. Ground three _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law). _____

_____

_____

_____

_____

_____

d. Ground Four _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law)._____

_____

_____

_____

_____

_____

_____

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented and give your reasons.

_____

_____

_____

_____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

Yes ( )  No ( )

13. Are you presently represented by counsel?      Yes ( )   No ( )

If so, name, address and telephone number_____

_____

Case name and court _____

_____

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
         Signature of Attorney  (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
                      (Date)

_____
Signature of Petitioner

_____          **DECLARATION IN SUPPORT**
      (Petitioner)                  **OF REQUEST**
                                      **TO PROCEED**
                              **IN FORMA PAUPERIS**

_____
      (Respondent[s])


        I, _____ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.      Are you presently employed?     Yes _____          No_____

        a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

        b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

_____

2.      Have you received, within the past twelve months, any money from any of the following sources?

        a.     Business, profession or form of self-employment?    Yes____    No_____
        b.     Rent payments, interest or dividends?    Yes____    No_____
        c.     Pensions, annuities or life insurance payments?    Yes____    No_____
        d.     Gifts or inheritances?    Yes____    No_____
        e.     Any other sources?    Yes____    No_____

      If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

3.      Do you own any cash, or do you have money in a checking or savings account?  Yes____    No____
      (Include any funds in prison accounts)

      If the answer is yes, state the total value of the items owned._____

_____

_____

4.    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes_____    No_____

If the answer is yes, describe the property and state its approximate value._____

_____

_____

5.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support._____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____

(Date)

_____

Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the

_____ institution where he is confined. I further

certify that Petitioner likewise has the following securities to his credit according to the records said institution:

_____

_____

_____

_____

DATED_____    _____

Authorized Officer of Institution

_____

Title of Officer